UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ERICKA MCGLOTHIN
        Plaintiff,

Civil Action No. 15-CV-718

-AGAINST-

**STIPULATION EXTENDING TIME TO ANSWER**

MEL S. HARRIS & ASSOCIATES, LLC and
PINPOINT TECHNOLOGIES LLC
        Defendants

---

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN the undersigned parties that Defendants shall serve their Answer to the Summons and Complaint on or before October 1, 2015.

Dated: 9/1/2015

_____
SETH W. ANDREWS, ESQ.
LAW OFFICES OF KENNETH HILLER, PLLC
ATTORNEYS FOR PLAINTIFF
6000 NORTH BAILEY AVE., SUITE 1A
AMHERST, NY 14226

_____
MEL S. HARRIS, ESQ
MEL S. HARRIS & ASSOCIATES, LLC
ATTORNEYS FOR DEFENDANTS
5 HANOVER SQUARE, 8TH FLOOR
NEW YORK, NY 10004